**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **MICHAEL COUCH, #378159** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:21cv52** |
| | § | |
| **COLLIN CO. DET. FACILITY, ET AL.** | § | |

**ORDER OF DISMISSAL**

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Plaintiff's lawsuit should be dismissed without prejudice for failure to prosecute. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the court concludes that the

findings and conclusions of the Magistrate Judge are correct  and adopts the same as the findings and conclusions of the court.

It is therefore **ORDERED** that Plaintiff's complaint is  **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 18th day of October, 2021.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE